UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| DEBBIE CHAMNESS, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:12-CV-072-C |
| | § | |
| THE GEO GROUP, INC. | § | |
|     Defendant. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Plaintiff and Defendant pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii) and file this Stipulation of Dismissal with Prejudice of the above-styled and referenced action, and all asserted claims and causes of action that were or could have been brought therein. This Stipulation of Dismissal is signed by counsel for all parties who have appeared in this action. Plaintiff stipulates to the dismissal with prejudice of all claims and causes of action that were or could have been brought in this case against Defendant The GEO Group, Inc. and all current and former employees, agents, and representatives of The GEO Group, Inc., including but not limited to its officers, representatives, agents, attorneys, insurers, contractors, trustees, and employees, all in both their official and individual capacities, based on the factual allegations made in this case.

Plaintiff further stipulates to the dismissal of any cause of action that could have been based in whole or in part on any transactions, dealings or agreements between or among Plaintiff, Defendant The GEO Group, Inc., and all current and former officers, representatives, agents, attorneys, insurers, contractors, trustees, and employees of The GEO Group, Inc., all in both their official and individual capacities, which have occurred at any time up to the signing of this

Stipulation of Dismissal with Prejudice.

    Plaintiff stipulates to the dismissal with prejudice of all causes of action that were raised or could have been raised in this case based on the events which have occurred at any time up to the signing of this Stipulation of Dismissal with Prejudice.

    The parties will bear their own costs and attorneys' fees.

                            Respectfully submitted,

                            /s/ *Gerald Fugit*
                            GERALD K. FUGIT
                            State Bar No. 07501000

                            GERALD K. FUGIT, P.C.
                            412 N. Texas Avenue
                            Odessa, TX 79761-5198
                            Office:   432.332.1661
                            Fax:      432.335.0003
                            Email:    Fugitg@att.net

                            ATTORNEY FOR PLAINTIFF

                            /s/*Bridget Robinson*
                            BRIDGET ROBINSON
                            State Bar No. 17086800

                            WALSH, ANDERSON, GALLEGOS,
                            GREEN & TREVIÑO, P.C.
                            P. O. Box 2156
                            Austin, TX  78768
                            Office:   512.454.6864
                            Fax:      512.467.9318
                            Email:    brobinson@wabsa.com

                            ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 20th day of March, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Gerald K. Fugit
412 N. Texas Avenue
Odessa, Texas  79761

                                       */s/Bridget Robinson*
                                       Bridget Robinson